# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| JACK CHESTNUT & PAMELA CHESTNUT, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>RRCA ACCOUNTS MANAGEMENT, INC.,<br><br>                        Defendant. | Case No. 3:24-cv-50448 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jack and Pamela Chestnut hereby dismiss this action without prejudice to refile in the appropriate state court.

Dated: January 27, 2025

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (*Admitted Pro Hac Vice*)
Grayson Wells (*Admitted Pro Hac Vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 27, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV
