# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

Jack Chestnut, et al.
                                          Plaintiff,

v.                                                                               Case No.: 3:24−cv−50448
                                                                               Honorable Iain D. Johnston

RRCA Accounts Management, Inc.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiffs' notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 28. The defendant has not answered or moved for summary judgment. Accordingly, in light of the notice of dismissal, this case is dismissed without prejudice. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.